

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&G Closed Circuit Events, LLC<br><br>**Plaintiff,**<br>V.<br><br>Fernando Zarate Flores, individualy, also known as Fernando Flores, doing business as Cabo Wabo Grill 2<br><br>**Defendant.** | Civil Action No. 18cv0378-L-RBB<br><br>**DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That plaintiff's application for entry of default judgment be granted in its entirety. It is further ordered that judgment against defendant is entered on plaintiff's claim pursuant 47 U.S.C. § 605. It is further ordered that plaintiff be awarded statutory damages in the amount of $6,600, enhanced damages in the amount of $26,400, and $2,200 in conversion claim damages.

Date: 9/6/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ L. Fincher

L. Fincher, Deputy